UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. MARIAH JORNELLE HILL                              Docket No. 5:15-CR-51-3BO

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of MARIAH JORNELLE HILL, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Marijuana, and Possession With Intent to Distribute a Quantity of Marijuana and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 30, 2015, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

MARIAH JORNELLE HILL was released from custody on April 07, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 17, 2017, the defendant tested positive for cocaine and marijuana. On May 30, 2017, the defendant tested positive for marijuana. When confronted, Hill advised she has had a difficult time returning to the community. She requested substance abuse and mental health treatment. Following her assessment, she will also be referred for participation in the HOPE Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of anger management treatment, as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>Senior U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: July 01, 2017 |

### ORDER OF THE COURT

Considered and ordered this __3__ day of __July__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge