UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mariah Jornelle Hill**    Docket No. 5:15-CR-51-3BO

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mariah Jornellle Hill, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Marijuana, and Possession With Intent to Distribute a Quantity of Marijuana and Aiding and Abetting, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 30, 2015, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Mariah Jornelle Hill was released from custody on April 07, 2017, at which time the term of supervised release commenced. On February 7, 2018, supervised release was revoked. Hill was sentenced to a term of imprisonment for a period of 30 days with credit for time served. She released on February 20, 2018, at which time the new 18-month term of supervised release commenced.

On February 26, 2018, the conditions of supervision were modified to include drug aftercare and mental health treatment.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Hill was confronted with her positive drug tests from March 6, 2018 (marijuana), and March 14, 2018 (marijuana and cocaine). She admitted she resumed smoking marijuana upon her release and has been using marijuana to cope with stress. She further acknowledged that she used cocaine after a physical altercation with her estranged boyfriend. The probation officer utilized STARR skills to disapprove of the defendant's behavior and to address her cognitions. Hill agreed to adhere to 30 days curfew with electronic monitoring and an increase in treatment and drug testing.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

MARIAH JORNELLE HILL
Docket No. 5:15-CR-51-3BO
Petition For Action
Page 2

Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Julie Wise Rosa
Julie Wise Rosa
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: April 4, 2018

## ORDER OF THE COURT

Considered and ordered this 5 day of April, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge